**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Spring Way Center, LLC, et al.                    )
                                                  )          Civil Action No.   2:23-cv-02061-CCW
                                                  )
                    vs.                           )                  or
West Penn  Multi-List, Inc. et al.                )
                                                  )          Criminal Action No.  _____
                                                  )


**DISCLOSURE STATEMENT**

      Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

      Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Spring Way Center, LLC _____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.


12/6/23 _____          //s// Bruce C. Fox _____

Date                                      Signature of Attorney or Litigant


Revision Date: November 1, 2016