**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SPRING WAY CENTER, LLC, et al. <br><br> v. <br><br> WEST PENN MULTI-LIST, INC., et al. | Civil Action No. 2:23-cv-2061 |

**PLAINTIFFS' NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Spring Way Center, LLC, John and Nancy Moratis, and Nancy Wehrheim, by and through undersigned counsel, voluntarily dismiss without prejudice all claims asserted in the above-referenced action against Defendants NRT PHILADELPHIA LLC (d/b/a Coldwell Banker Realty) and PPSIR, LLC (d/b/a Piatt Sothebys International Realty).  Neither Defendant has answered the complaint and no party has served a motion for summary judgment. Each party will bear its own costs, expenses, and attorneys' fees.

Dated:  January _24, 2024

Respectfully submitted,

  /s/Bruce C. Fox, Esq.

Bruce C. Fox (PA 42576)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
(412) 566-1500 (Phone)
(412) 281-1530 (Fax)
bruce.fox@obermayer.com

*Counsel for Plaintiffs*

4879-3668-3167 v1

**CERTIFICATE OF SERVICE**

  I, Bruce C. Fox, Esq., hereby certify that on January 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF System.

<u>/s/Bruce C. Fox, Esq.</u>

4879-3668-3167 v1