**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DANIELLE and JESSIE KAY; and JOHN )
and NANCY MORATIS, )
                                    )
          Plaintiffs, )
                                      )
      v. )  Case No. 2:23-cv-02061-WSS
                                      )
WEST PENN MULTI-LIST, INC; )
EVEREST CONSULTING GROUP LP )
(d/b/a Berkshire Hathaway HomeServices )
The Preferred Realty); HOWARD HANNA )
COMPANY (d/b/a Howard Hanna); )
REEDSTONE, INC. (f/k/a Pirain )
Enterprises, Inc.) (d/b/a NextHome PPM )
Realty); MHDM LLC (d/b/a Realty ONE )
Group Gold Standard); SF, LLC (d/b/a )
Realty ONE Group Platinum); REALTY )
ONE GROUP HORIZON, LLC; RIVER )
POINT REALTY, LLC; BOVARD- )
ANDERSON CO.; PRIORITY REALTY, )
LLC; RUBINOFF REALTY SERVICES, )
LLC (d/b/a Rubinoff Realty); and FOUND )
IT PA, LLC, )
                                      )
          Defendants. )  **JURY TRIAL DEMANDED**

<u>**NOTICE OF DISMISSAL OF RUBINOFF REALTY SERVICES**</u>

TO THE CLERK OF COURT:

      Plaintiffs hereby dismiss Defendant Rubinoff Realty Services LLC (d/b/a Rubinoff Realty)

without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

  Dated: <u>April 19, 2024</u>               Respectfully Submitted,

                                      <u>/s/ *Andrew J. Horowitz*</u>
                                      Bruce C. Fox (PA 42576)
                                      Andrew J. Horowitz (PA 311949)
                                      OBERMAYER REBMANN
                                      MAXWELL & HIPPEL LLP
                                      525 William Penn Place, Suite 1710
                                      Pittsburgh, PA 15219

(412) 566-1500 (Phone)
(412) 281-1530 (Fax)
bruce.fox@obermayer.com
andrew.horowitz@obermayer.com

4863-7719-9032 v1