IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLE and JESSIE KAY; JOHN and NANCY MORATIS; KAITLYN SLAVIC; and MARIA IANNONE-ALBERT, | : : Civil Action No. 2:23-cv-2061 : |
| Plaintiffs, | : Hon. William S. Stickman, IV |
| v. | : |
| WEST PENN MULTI-LIST, INC; EVEREST CONSULTING GROUP LP (d/b/a Berkshire Hathaway HomeServices The Preferred Realty); HOWARD HANNA COMPANY (d/b/a Howard Hanna); REEDSTONE, INC. (f/k/a Pirain Enterprises, Inc.) (d/b/a NextHome PPM Realty); MHDM LLC (d/b/a Realty ONE Group Gold Standard); SF, LLC (d/b/a Realty ONE Group Platinum); REALTY ONE GROUP HORIZON, LLC; RIVER POINT REALTY, LLC; BOVARD-ANDERSON CO.; PRIORITY REALTY, LLC; and FOUND IT PA, LLC, | : |
| Defendants. | : |

**NOTICE OF JOINT STIPULATION OF DISMISSAL**
**WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Danielle and Jessie Kay, John and Nancy Moratis, Kaitlyn Slavic, and Maria Iannone-Albert (collectively, "Plaintiffs") and Defendant Found It PA, LLC hereby jointly stipulate to the voluntary dismissal with prejudice of all claims asserted in the above-referenced action against Found It PA, LLC. Each party will bear its own costs, expenses, and attorneys' fees.

<div style="display: flex;">
<div>

By: */s/* Bruce C. Fox
*Attorney for Plaintiffs*
Bruce C. Fox (PA ID No. 42576)
bruce.fox@obermayer.com
Andrew J. Horowitz (PA ID No. 311949)
Andrew.horowitz@obermayer.com
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place, Ste. 1710
Pittsburgh, PA 15219
Tel.: 412.566.1500
Fax: 412.281.1530

Dated:  May 10, 2024

</div>
<div>

By: /s/ *Brian T Maye*
*One of the Attorneys for Defendant*
*FOUND IT PA, LLC*
Brian T. Maye (Bar No. 6288778)
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
Phone: (312) 422-5713
Email: bmaye@hinshawlaw.com

</div>
</div>