IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLE and JESSIE KAY; JOHN and NANCY MORATIS; KAITLYN SLAVIC; and MARIA IANNOME,<br><br>               Plaintiffs,<br><br>v.<br><br>WEST PENN MULTI-LIST, INC; EVEREST CONSULTING GROUP LP (d/b/a Berkshire Hathaway HomeServices The Preferred Realty); HOWARD HANNA COMPANY (d/b/a Howard Hanna); REEDSTONE, INC. (f/k/a Pirain Enterprises, Inc.) (d/b/a NextHome PPM Realty); MHDM LLC (d/b/a Realty ONE Group Gold Standard); SF, LLC (d/b/a Realty ONE Group Platinum); REALTY ONE GROUP HORIZON, LLC; RIVER POINT REALTY, LLC; BOVARD-ANDERSON CO.; and PRIORITY REALTY, LLC,<br><br>               Defendants. | Civil Action No: 2:23-cv-02061<br><br>Judge William S. Stickman IV |

**DEFENDANTS WEST PENN MULTI-LIST, INC., EVEREST CONSULTING GROUP LP, AND HOWARD HANNA COMPANY'S JOINT MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants West Penn Multi-List, Inc., Everest Consulting Group LP, and Howard Hanna Company (collectively, "Defendants"), by and through their counsel, respectfully submit this Motion to Dismiss the Second Amended Complaint of Plaintiffs Danielle and Jessie Kay, John and Nancy Moratis, Kaitlyn Slavic, and Maria Iannome. For the reasons set forth in the accompanying Memorandum of Law in Support, Defendants request that the Court enter an order granting Defendants' Motion to Dismiss.

| | |
|---|---|
| Dated: June 4, 2024 | Respectfully submitted, |
| | |
| */s/ Wendelynne J. Newton* | */s/ David Z. Gringer* |
| BUCHANAN INGERSOLL & ROONEY PC | David Z. Gringer* |
| Wendelynne J. Newton | Emily Barnet* |
| wendelynne.newton@bipc.com | WILMER CUTLER PICKERING |
| (Pa. I.D. No. 35163) |   HALE AND DORR LLP |
| Gretchen L. Jankowski | 7 World Trade Center |
| gretchen.jankowski@bipc.com | 250 Greenwich Street |
| (Pa. I.D. No. 74540) | New York, NY 10007 |
| Union Trust Building | (212) 230-8800 |
| 501 Grant Street, Suite 200 | david.gringer@wilmerhale.com |
| Pittsburgh, PA  15219-443 | emily.barnet@wilmerhale.com |
| Tel: (412) 562-8800 | |
| Fax: (412) 562-1041 | Seth P. Waxman* |
| | Karin Dryhurst* |
| *Attorneys for Defendant West Penn Multi-List, Inc.* | Claire M. Bergeron* |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| */s/ Kathy K. Condo* | 2100 Pennsylvania Avenue NW |
| Kathy K. Condo, Esq. (Pa. I.D. No. 34910) | Washington, DC 20037 |
| Carla M. Castello, Esq. (Pa. I.D. No. 326808) | (202) 663-6000 |
| BABST, CALLAND, CLEMENTS | seth.waxman@wilmerhale.com |
|   AND ZOMNIR, P.C. | karin.dryhurst@wilmerhale.com |
| Two Gateway Center, 6th Floor | claire.bergeron@wilmerhale.com |
| 603 Stanwix Street | |
| Pittsburgh, PA 15222 | Eric G. Soller |
| (412) 394-5400 | Pa. I.D. No. 65560 |
| kcondo@babstcalland.com | William Pietragallo II |
| ccastello@babstcalland.com | Pa. I.D. No. 16413 |
| | Quintin DiLucente |
| *Attorneys for Everest Consulting Group LP d/b/a Berkshire Hathaway HomeServices The Preferred Realty* | Pa. I.D. No. 330648 |
| | PIETRAGALLO GORDON ALFANO |
| |   BOSICK & RASPANTI, LLP |
| | One Oxford Centre, 38th Fl. |
| | Pittsburgh, PA 15219 |
| | (412) 263-1836 |
| | EGS@Pietragallo.com |
| | WP@Pietragallo.com |
| | QD@Pietragallo.com |
| | |
| | *Attorneys for Howard Hanna Company* |
| | |
| | *Admitted pro hac vice |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4, 2024, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

*/s/ David Z. Gringer*
David Z. Gringer