IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLE and JESSIE KAY; JOHN and NANCY MORATIS; KAITLYN SLAVIC; and MARIA IANNOME,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>WEST PENN MULTI-LIST, INC; EVEREST CONSULTING GROUP LP (d/b/a Berkshire Hathaway HomeServices The Preferred Realty); HOWARD HANNA COMPANY (d/b/a Howard Hanna); REEDSTONE, INC. (f/k/a Pirain Enterprises, Inc.) (d/b/a NextHome PPM Realty); MHDM LLC (d/b/a Realty ONE Group Gold Standard); SF, LLC (d/b/a Realty ONE Group Platinum); REALTY ONE GROUP HORIZON, LLC; RIVER POINT REALTY, LLC; BOVARD-ANDERSON CO.; and PRIORITY REALTY, LLC,<br><br>　　　　　　　Defendants. | Civil Action No: 2:23-cv-02061<br><br>Judge William S. Stickman IV |

**[PROPOSED] ORDER**

　　　　AND NOW, this _____ day of _____, 2024, upon consideration of Defendants West Penn Multi-List, Inc., Everest Consulting Group LP, and Howard Hanna Company's Motion to Dismiss, all briefing thereon, and the pleadings, it is hereby ORDERED that the Motion is **GRANTED**.  Plaintiffs' claims against West Penn Multi-List, Inc., Everest Consulting Group LP, and Howard Hanna Company under Section 1 of the Sherman Act, 15 U.S.C. § 1 (Count I) and the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 Pa. Cons. Stat. §§ 201-1, *et seq*. (Count II) are dismissed with prejudice under Federal Rule of Civil Procedure 12(b)(6).

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. William S. Stickman IV