**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIELLE and JESSIE KAY; JOHN and NANCY MORATIS; KAITLYN SLAVIC; and MARIA IANNOME,<br><br>    Plaintiffs,<br><br>v.<br><br>WEST PENN MULTI-LIST, INC; EVEREST CONSULTING GROUP LP (d/b/a Berkshire Hathaway HomeServices The Preferred Realty); HOWARD HANNA COMPANY (d/b/a Howard Hanna); REEDSTONE, INC. (f/k/a Pirain Enterprises, Inc.) (d/b/a NextHome PPM Realty); MHDM LLC (d/b/a Realty ONE Group Gold Standard); SF, LLC (d/b/a Realty ONE Group Platinum); REALTY ONE GROUP HORIZON, LLC; RIVER POINT REALTY, LLC; BOVARD-ANDERSON CO.; and PRIORITY REALTY, LLC,<br><br>    Defendants. | Civil Action No: 2:23-cv-02061<br><br>Judge William S. Stickman IV |

**ORDER**

AND NOW, this _____ day of August 2024, the Plaintiffs' Motion to Supplement Briefing on Motion to Dismiss is hereby **GRANTED.** Plaintiffs may file a supplement consisting of:

    a.  The one-page PDF posted by West Penn Multi List, Inc. in the place of its Rules and Regulations;

    b.  An affidavit or declaration explaining where the one-page PDF was found and subsequent confirmation that it remained on the West Penn Multi-List, Inc. website;

and

c.  Brief argument limited to two pages or less concerning the significance of West

    Penn Multi-List Inc.'s removal of its rules and regulations from its website.

BY THE COURT:

_____