IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MORATIS, *et al*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>WEST-PENN MULTI-LIST, INC, *et al*,<br><br>      *Defendants*. | Civil Action No. 2:23-cv-2061<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this __7__ day of October 2024, for the reasons set forth in the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that Defendants West Penn MLS, Everest Consulting Group LP, and Howard Hanna Company's Joint Motion to Dismiss the Second Amended Complaint Pursuant to Rule 12(b)(6) (ECF No. 121) is GRANTED. All claims against Defendants West Penn MLS, Everest Consulting Group LP, and Howard Hanna Company are dismissed with prejudice.

BY THE COURT:

_/s/ William S. Stickman IV_
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE