IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MORATIS, *et al*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>WEST-PENN MULTI-LIST, INC, *et al*,<br><br>        *Defendants*. | Civil Action No. 2:23-cv-2061<br><br>Hon. William S. Stickman IV |

## PARTIAL JUDGMENT ORDER

AND NOW, this **7** day of October 2024, pursuant to Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED that judgment is entered in the form of dismissal with prejudice of Plaintiffs' complaint against Defendants West Penn MLS, Everest Consulting Group LP, and Howard Hanna Company. Defendants West Penn MLS, Everest Consulting Group LP, and Howard Hanna Company are hereby terminated as parties to this action.

BY THE COURT:

/s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE