IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLE and JESSIE KAY; JOHN and NANCY MORATIS; KAITLYN SLAVIC; and MARIA IANNOME,<br><br>               Plaintiffs,<br><br>v.<br><br>WEST PENN MULTI-LIST, INC; EVEREST CONSULTING GROUP LP (d/b/a Berkshire Hathaway HomeServices The Preferred Realty); HOWARD HANNA COMPANY (d/b/a Howard Hanna); REEDSTONE, INC. (f/k/a Pirain Enterprises, Inc.) (d/b/a NextHome PPM Realty); MHDM LLC (d/b/a Realty ONE Group Gold Standard); SF, LLC (d/b/a Realty ONE Group Platinum); REALTY ONE GROUP HORIZON, LLC; RIVER POINT REALTY, LLC; BOVARD-ANDERSON CO.; and PRIORITY REALTY, LLC,<br><br>               Defendants. | Civil Action No: 2:23-cv-02061<br><br>Judge William S. Stickman IV |

**PLAINTIFFS' MOTION FOR ENTRY OF PARTIAL FINAL JUDGMENT UNDER RULE 54(b)**

    For the reasons set forth in the accompanying Memorandum of Law in Support, which is incorporated here as if fully set forth herein, Plaintiffs Danielle and Jessie Kay, John and Nancy Moratis, Kaitlyn Slavic, and Maria Iannome respectfully request that the Court enter partial final judgment under Federal Rule of Civil Procedure 54(b) and find that there is no just reason for a delay of appellate relief.

|  |  |
|---|---|
| Dated:  July 1, 2025 | */s/ D. McArdle Booker*<br>Bruce C. Fox (PA 42576)<br>Andrew J. Horowitz (PA 311949)<br>D. McArdle Booker (PA 320890)<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>525 William Penn Place, Suite 1710<br>Pittsburgh, PA 15219<br>(412) 556-1500 (Phone)<br>(412) 281-1530 (Fax)<br><br>Joshua D. Snyder (PA 88657)<br>(admitted *pro hac vice*)<br>Benjamin J. Eichel (PA 307078)<br>(admitted *pro hac vice*)<br>BONI, ZACK & SNYDER LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA  19004<br>(610) 822-0200 (phone)<br>(610) 822-0206 (fax)<br>jsnyder@bonizack.com<br>beichel@bonizack.com<br><br>*Counsel for Plaintiffs and the Proposed Class* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 1, 2025, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

/s/ *D. McArdle Booker*
D. McArdle Booker

4931-3870-1138 v1