IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MORATIS, *et al*,<br><br>　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>WEST PENN MULTI-LIST, INC, *et al*,<br><br>　　　　　　　*Defendants*. | Civil Action No. 2:23-cv-2061<br><br>Hon. William S. Stickman IV |

## ORDER

AND NOW, this **25** day of August 2025, for the reasons set forth in the Memorandum Order filed this day, as well as the October 7, 2024, Memorandum Opinion (ECF No. 151), pursuant to Rule 58 of the Federal Rules of Civil Procedure, final judgment is entered in favor of Defendants West Penn Multi-List, Inc., Everest Consulting Group LP, and Howard Hanna Company and against Plaintiffs.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE